# United States District Court
# Eastern District of California
## Redding Branch

UNITED STATES OF AMERICA )
                                )
    vs.                       )
                                )
Gerald F. Williams )
                                )

VIOLATE/CASE NO. 3:18-mj-0028 DMC

**ORDER TO APPEAR**

**YOU ARE HEREBY ORDERED** to appear before a United States Magistrate Judge in Sacramento, California, at 510 I Street, in the Magistrate Courtroom on 4-3-19, at 2:00 p.m., for further proceedings in the above entitled case.

YOU ARE FURTHER NOTIFIED that if you fail to appear on the above date, that a warrant may be issued for your arrest.

Dated: 3-19-19

_Christy J. Pino_
Deputy Clerk for
U.S. Magistrate Judge ~~Craig M. Kellison~~ Dennis M. Cota